Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_MARCH 7_, 20_12_
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) CR12 5084 RBL |
|---|---|
| Plaintiff, | ) |
| v. | ) INDICTMENT |
| TERENCE WILLIAMS, a/k/a T-Folks, | ) |
| Defendant. | ) |

The Grand Jury charges that:

### COUNT ONE
### (Sex Trafficking of a Minor)

Beginning in or around January 2008, and continuing through on or about June 14, 2008, in Kitsap County, within the Western District of Washington, and elsewhere, TERENCE WILLIAMS did, in and affecting interstate and foreign commerce, knowingly recruit, entice, harbor, transport, provide, and obtain Female-1, knowing and in reckless disregard of the fact that Female-1 had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT TWO
### (Sex Trafficking through Force, Fraud and Coercion)

Beginning in or around January 2008, and continuing through on or about October 17, 2011, in Kitsap County, within the Western District of Washington, and elsewhere, TERENCE WILLIAMS did, in and affecting interstate and foreign commerce, knowingly recruit, entice, harbor, transport, provide, and obtain Female-1, knowing and in reckless disregard of the fact that force, fraud, and coercion would be used to cause Female-1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## COUNT THREE
### (Sex Trafficking of a Minor)

During June 2010, in Kitsap County, within the Western District of Washington, and elsewhere, TERENCE WILLIAMS did, in and affecting interstate and foreign commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, Female-2, knowing and in reckless disregard of the fact that Female-2 had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT FOUR
### (Sex Trafficking of a Minor)

Beginning in or around January 2008, and continuing through April 2009, in Kitsap County, within the Western District of Washington, and elsewhere, TERENCE WILLIAMS did, in and affecting interstate and foreign commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, Female-3, knowing and in reckless disregard of the fact that Female-3 had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

1  All in violation of Title 18, United States Code, Sections 1591(a)(1) and
2  1591(b)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 1594(d), the grand jury alleges that upon conviction of the offenses charged in the Counts One through Four above, TERENCE WILLIAMS shall forfeit to the United States of America his interest in any and all property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses, and any property, real or personal, constituting or derived from, any proceeds he obtained directly or indirectly as a result of such offenses.

If any forfeitable property, as a result of any act or omission of any defendant, cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to

| | |
|---|---|
| 1 | Title 21, United States Code, Section 853(p), to seek the forfeiture of any property of |
| 2 | TERENCE WILLIAMS. |

A TRUE BILL:

DATED: 3/7/2012

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*
FOREPERSON

JENNY A. DURKAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

YE-TING WOO
Assistant United States Attorney

WILLIAMS/INDICTMENT

- 4 -

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970